# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID TAMO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-00926-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |

On July 2, 2020, Ingrid Tamo ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying her application for disability benefits pursuant to the Social Security Act.  On July 6, 2020, the summons and scheduling order issued.  The scheduling order required Plaintiff to serve the summons and complaint within twenty days and file a proof of service.  (ECF No. 3 at 1-2.)  Plaintiff has not complied with the order to file a proof of service, however, on July 24, 2020, the United States made an appearance in this action.  <u>In the future, counsel for Plaintiff should promptly file a proof of service so the Court is aware that service has been effected.</u>

On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the

administrative record.

Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order Number 615, this action has been stayed and the stay will be automatically lifted when the Commissioner files the certified copy of the administrative record. See E.D. Cal. G.O. No. 615, ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific case).

IT IS SO ORDERED.

Dated: __**July 29, 2020**__

UNITED STATES MAGISTRATE JUDGE