# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID TAMO,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No. 1:20-cv-00926-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 13) |

Ingrid Tamo ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On March 25, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 13.) Pursuant to the terms of the stipulation, the Appeals Council will instruct the Administrative Law Judge to further evaluate the medical evidence of record, including the opinions of the State Agency reviewing psychologist and psychological consultative examiner; reevaluate Plaintiff's maximum residual functional capacity and Plaintiff's subjective complaints; and obtain supplementary vocational expert evidence as necessary.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Ingrid Tamo and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **March 25, 2021**

UNITED STATES MAGISTRATE JUDGE