UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INGRID TAMO, ) | Case No. 1:20-cv-00926-SAB |
| ) | |
| Plaintiff ) | ORDER RE STIPULATION |
| ) | FOR AWARD OF ATTORNEY'S |
| v. ) | FEES AND COSTS PURSUANT TO |
| ) | 28 U.S.C. §§ 1920 AND 2412(d) |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | (ECF No. 16) |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

    On March 25, 2021, the parties filed a stipulation for voluntary remand of this action and judgment was entered in favor of Plaintiff Ingrid Tamo. (ECF Nos. 13, 14.) On April 23, 2021, a stipulation was filed to award Plaintiff attorney fees of $2,285.58 pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and costs of $400.00 under 28 U.S.C. § 1920. (ECF No. 16.)

    Accordingly, IT IS HEREBY ORDERED that fees and expenses in the amount of two thousand two hundred eighty five dollars and fifty eight cents ($2,285.58) as authorized by 28 U.S.C. § 2412 and costs in the amount of four hundred dollars ($400.00), as authorized by 28 U.S.C. § 1920, are awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **April 23, 2021**

UNITED STATES MAGISTRATE JUDGE